IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARRIE GRAPNER,<br><br>Plaintiff,<br><br>-v-<br><br>JANSSEN PHARMACEUTICALS, INC<br><br>Defendant. | Case No. Case 2:22-cv-01726-BRM |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Carrie Grapner, together with the above-captioned Defendant, by and through their respective counsel of record, that the claims of Plaintiff, Carrie Grapner, be dismissed with prejudice and that Plaintiff be dismissed as a party to this action pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own costs.

Date: May 2, 2024

2

*Attorneys for Plaintiff*

*Attorney for Defendants*
*Janssen Pharmaceuticals,*
*Inc. and Johnson & Johnson*

/s/ Melanie S. Bailey
Melanie S. Bailey (00075821)
David C. Harman (0087882)
BURG SIMPSON ELDREDGE
HERSH & JARDINE, P.C.
201 East Fifth Street, Suite 1340
Cincinnati, OH 45202
Phone: (513) 852-5600
Fax: (513) 852-5611
mbailey@burgsimpson.com
dharman@burgsimpson.com

/s/ Michael C. Zogby
Michael C. Zogby
Barnes & Thornburg, LLP
67 East Park Place, Suite 1000
Morristown, NJ 07960
973-775-6110
Michael.Zogby@btlaw.com

Kristen R. Fournier
King & Spalding
1185 Avenue of the Americas,
35th Floor
New York, New York 10036
kfournier@kslaw.com

## CERTIFICATE OF SERVICE

I, Melanie S. Bailey, hereby certify that on May 2, 2024, I filed a copy of the foregoing document via the Court's CM/ECF System, which sent a Notice of Filing Activity to all counsel of record. The document is available for viewing and downloading from that system.

/s/ Melanie S. Bailey
Melanie S. Bailey

It is so ordered this 2nd day of _____, 20__

Brian R. Martinotti, U.S.D.J.